### Petition for Reinstatement from Inactive Status.

### No. 1 DB 2006.

Supreme Court of Pennsylvania.

May 5, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 2006, the Report and Recommendations of the Disciplinary Board dated March 17, 2006, are approved and it is ORDERED that Michael Patrick Gaughan, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Jonah Daniel LEVIN, Respondent.

### No. 1128 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 5, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 10, 2006, it is hereby

ORDERED that Jonah Daniel Levin be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.